## Carl EDELSON, Appellant, v. J. W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

### No. 9058.

Circuit Court of Appeals, Fifth Circuit.

May 10, 1939.

Carl Edelson, in pro. per.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER and McCORD, Circuit Judges, and BORAH, District Judge.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.